UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SHERRY DILLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:11-CV-410 |
| ) | (VARLAN/GUYTON) |
| U.S. CELLULAR, INC., and ) | |
| USSC PAYROLL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This civil action is before the Court on the Joint Motion to Extend Trial Date and Associated Deadlines [Doc. 17]. The parties jointly move the Court to reset the trial date by at least 120 days to allow them to complete discovery and for defendants to file a dispositive motion. In support, they submit that they have engaged in discovery but will be unable to meet the deadline for completing discovery. The parties also submit that they have been engaged in settlement negotiations, which are ongoing. They request a continuance of at least 120 days due to the holiday season and the upcoming wedding of counsel for plaintiff's son.

In light of the parties' agreement, the Joint Motion to Extend Trial Date and Associated Deadlines [Doc. 17] is **GRANTED** and it is **ORDERED** that the trial, previously scheduled for March 4, 2013, is **CANCELED** and is **RESCHEDULED** for **Monday, September 23, 2013, at 9:00 a.m.** It is also **ORDERED** that the final pretrial

conference, previously scheduled for February 20, 2013, is **CANCELED** and is **RESCHEDULED** for <u>Wednesday, September 11, 2013, at 1:30 p.m.</u>

All unexpired scheduling deadlines shall be applied as calculated from the new trial date and according to the same time limitations set forth in the Court's original scheduling order [Doc. 15]. The Court will not grant a further continuance of this case absent extraordinary circumstances.

IT IS SO ORDERED.

                                        s/ Thomas A. Varlan
                                        UNITED STATES DISTRICT JUDGE